# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| ANDRE HARDIMAN,<br><br>                  Plaintiff,<br><br>v.<br><br>SCOTT DAVIS, *et al.*,<br><br>                  Defendants. | Case No. 3:23-CV-00584-MMD-CLB<br><br>**ORDER DENYING AS MOOT MOTION TO COMPEL**<br><br>[ECF No. 21] |

Before the Court is Plaintiff Andre Hardiman's ("Hardiman") motion to compel discovery. (ECF No. 21.) Hardiman's motion seeks to compel the production of several documents by Defendants. (*See id.*) Hardiman states that he submitted a written request for these documents on January 29, 2025, but as of the filing of the motion he had yet to receive the documents. (*Id.*) Defendants Scott Davis, Tim Garrett, Kara LeGrand, Donald Southworth, and Harold Wickham (collectively referred to as "Defendants") responded to the motion to compel, noting that the subject request for production of documents was mailed on March 5, 2025, after the filing of the motion and thus, Hardiman's motion is moot. (ECF No. 22.) Hardiman did not file a reply.

Having reviewed Hardiman's motion to compel and Defendants' opposition, and based on the lack of reply, it appears there is no longer a dispute between the parties as to discovery.

Accordingly, **IT IS ORDERED** that Hardiman's motion to compel, (ECF No. 21), is **DENIED as moot.**

DATED: March 14, 2025.

_____
UNITED STATES MAGISTRATE JUDGE