UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDRE HARDIMAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SCOTT DAVIS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:23-CV-00584-MMD-CLB<br><br>**ORDER STRIKING DOCUMENTS**<br><br>[ECF No. 39] |

　　　On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. On August 14, 2025, non-party Nelvin Ware ("Ware"), filed a document titled: "Agreement to Join Petition (Joinder)" in this action. (ECF No. 39.) The Court construes this filing as a notice as it does not request any relief from the Court.

　　　This filing violates GO 2021-05, as the document is an improper notice filed with the Court. *See* GO 2021-05, § 3(d). In addition to this violation of GO 2021-05, this document was improperly filed as Ware is not a party to this action and he may not file documents in cases he is not a party to.

　　　Accordingly, **IT IS ORDERED** that the agreement to join petition, (ECF No. 39), is hereby **STRICKEN**.

　　　**DATED**: August 15, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE