UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANDRE HARDIMAN, | Case No. 3:23-CV-00584-MMD-CLB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DISCOVERY** |
| v. | [ECF No. 50] |
| SCOTT DAVIS, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff Andre Hardiman's ("Hardiman") motion to extend discovery. (ECF No. 50.) Defendants filed a notice of non-opposition in response stating they spoke with Hardiman over the phone and the parties agree to extend discovery. (ECF No. 52.)

**IT IS THEREFORE ORDERED** that Hardiman's motion to extend discovery, (ECF No. 50), is **GRANTED**.

**IT IS FURTHER ORDERED** that the new discovery deadlines are as follows:

| Discovery Deadline | **January 26, 2026** |
|---|---|
| Dispositive Motion Deadline | **February 27, 2026** |
| Joint Pretrial Order Deadline (or 30 days following the entry of the court's ruling on a dispositive motion) | **March 27, 2026 (or 30 days following the entry of the court's ruling on a dispositive motion)** |

**DATED**: October 27, 2025

_____
UNITED STATES MAGISTRATE JUDGE