# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANDRE HARDIMAN,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT DAVIS, *et al.*,<br><br>Defendants. | Case No. 3:23-CV-00584-MMD-CLB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 56] |

On February 20, 2026, Defendants filed a motion to modify the scheduling order in this case by extending the deadline to file dispositive motions by 90 days. (ECF No. 56.) Although good cause exists to extend the current dispositive motion deadline, the Court finds that only a 60-day extension of time is warranted. Defendants' motion to extend time, (ECF No. 56), is therefore granted in part and denied in part. The deadlines in this case are now as follows:

| | |
|---|---|
| Dispositive Motion Deadline | **April 28, 2026** |
| Joint Pretrial Order Deadline (or 30 days following the entry of the court's ruling on a dispositive motion) | **May 28, 2026 (or 30 days following the entry of the court's ruling on a dispositive motion)** |

**IT IS SO ORDERED.**

**DATED**: February 23, 2026.

_____
UNITED STATES MAGISTRATE JUDGE