**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ANDRE HARDIMAN, | Case No. 3:23-CV-00584-MMD-CLB |
| Plaintiff, | **ORDER TO CHANGE ADDRESS** |
| v. | |
| SCOTT DAVIS, *et al.*, | |
| Defendants. | |

On April 28, 2026, Defendants filed a motion for summary judgment, (ECF No. 62), and on April 29 the Court entered an order informing Plaintiff Andre Hardiman ("Hardiman") he had 21 days to respond to Defendants' motion, (ECF No. 63). Copies of both were sent to Hardiman's address at Lovelock Correctional Center ("LCC"). However, LCC returned the copy as undeliverable because Hardiman is now located at Ely State Prison. (ECF No. 64.) Pursuant to Local Rule IA 3-1, Hardiman is required to file with the Court written notification of any change of mailing address, which he has not done.

**IT IS THEREFORE ORDERED** that Hardiman shall file his notice of change of address with the Court by **Friday, May 29, 2026**, and failure to do so will result in a recommendation that this action be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** this order and **RESEND** ECF Nos. 62 and 63 at **Ely State Prison**.

**DATED**: _April 29, 2026_ .

**UNITED STATES MAGISTRATE JUDGE**